UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DELARIAN K. WILSON,

Plaintiff,

v.

JENNIFER ALDRIDGE, *et al.*,

Defendants.

Case No. 3:26-cv-00077-MMD-CLB

ORDER

*Pro se* Plaintiff Delarian K. Wilson has filed a motion requesting that this case be dismissed without prejudice so that he can better prioritize his time on his rehabilitation. (ECF No. 7.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, the Court grants Wilson's motion for voluntary dismissal and dismisses this action without prejudice.

It is therefore ordered that Wilson's motion to voluntarily dismiss this action (ECF No. 7) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

It is further ordered that Wilson's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

DATED THIS 3rd Day of June 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE